Adv. Case No. 21-4011

## CERTIFICATE OF SERVICE

I, __Sandra D. Freeburger__, certify that the service of this summons, including the Scheduling Order and a copy of the complaint, was made __June 14, 2021__ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Mr. William Joseph Huff, II, a member, Med-1 Solutions, LLC, 517 US 31 North, Greenwood, Indiana 46142-3932.

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]
(name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: June 14, 2021

Signature: /s/ Sandra Freeburger

Print Name: Sandra D. Freeburger
Business Address: P O Box 21
City: Henderson
State: KY
Zip: 42419