# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

IN RE:    JULIE FAYE VAUGHN                         CASE NO. 21-40215
          DEBTOR                                    Chapter 7

JULIE FAYE VAUGHN                                                       PLAINTIFF

VS.                                                           A.P. NO: 21-04011

Med-1 Solutions, LLC                                                    DEFENDANT

## MOTION FOR DEFAULT JUDGMENT
## WITH AFFIDAVIT

Comes the Plaintiff and moves the Court to enter a Default Judgment against the Defendant, Med-1 Solutions, LLC, who has failed to plead or otherwise defend as required by the Bankruptcy Rules and the Federal Rules of Civil Procedure. An affidavit of default is attached hereto and incorporated herein by reference.

Therefore, pursuant to Bankruptcy Rule 7055 and Rule 55(a) of the Federal Rules of Civil Procedure, and in accordance with the supporting affidavit which is attached hereto and made a part hereof, the Court is hereby requested to enter a default judgment against the Defendant.

DEITZ, SHIELDS & FREEBURGER, LLP
P. O. Box 21
Henderson KY 42419-0021
Tele: (270) 830-0830
Fax: (270) 827-1492
Email: sfreeburger@dsf-atty.com

/s/ Sandra D. Freeburger
Sandra D. Freeburger, Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true, accurate and complete copy of the foregoing Application to Clerk for Entry of Default via U.S. Mail with postage prepaid to the Defendant, Mr. William Joseph Huff II, a member, Med-1 Solutions, LLC, 517 US 31 North, Greenwood, Indiana 46142-3932, on this 11th day of August 2021.

/s/ Sandra D. Freeburger
Sandra D. Freeburger

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

IN RE:     JULIE FAYE VAUGHN                              CASE NO. 21-40215
           DEBTOR                                         Chapter 7

JULIE FAYE VAUGHN                                                    PLAINTIFF

VS.                                                      A.P. NO: 21-04011

Med-1 Solutions, LLC                                                 DEFENDANT

### AFFIDAVIT SUPPORTING APPLICATION TO CLERK FOR ENTRY OF DEFAULT

Affiant, being duly sworn, deposes and says:

1. Affiant is attorney of record for the Plaintiff and has personal knowledge of the facts set forth in this affidavit.

2. That Defendant was duly served with a copy of Plaintiff's complaint on June 14, 2021.

3. That more than 30 days have elapsed since the date on which said Defendant was served with summons and a copy of the complaint.

4. That said Defendant has failed to plead or otherwise defend as provided by the Bankruptcy Rules and the Federal Rules of Civil Procedure.

5. That this affidavit is executed pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for the purpose of enabling plaintiff to obtain an entry of default against said Defendant.

6. That the Defendant is not now, nor has it been throughout this adversary proceeding and throughout the activities described in the Complaint a member of the armed forces of the United States serving overseas.

7. That the Defendant is not a minor and is not incompetent.

8. That the Plaintiff is owed $1,207.24 a sum certain, by the Defendant.

Signed this 11th day of August 2021.

/s/ Sandra D. Freeburger
Sandra D. Freeburger

STATE OF KENTUCKY
COUNTY OF HENDERSON

SWORN TO AND SUBSCRIBED before me this 11th day of August 2021.

/s/ Stacy L. Cain
ID KYNP 3331
Commission expires: 3/17/24