# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

| | |
|---|---|
| IN RE:    JULIE FAYE VAUGHN | CASE NO. 21-40215 |
| DEBTOR | Chapter 7 |
| | |
| JULIE FAYE VAUGHN | PLAINTIFF |
| VS. | A.P. NO: 21-04011 |
| Med-1 Solutions, LLC | DEFENDANT |

## DEFAULT JUDGMENT

The Plaintiff, Julie Faye Vaughn, by counsel, has moved the Court to enter a default judgment against the Defendant, who has failed to plead or otherwise appear herein.

The Court has reviewed the file and the affidavit which was filed in support of the motion and finds that the entry of judgment is appropriate and does hereby

ORDER AND ADJUDGE that the Plaintiff, Julie Faye Vaughn, is awarded a judgment against Med-1 Solutions, LLC in the principal amount of $1,207.24 with interest thereon from the date of this Default Judgment until said judgment is paid in full at the federal judgment interest rate. This judgment is without prejudice to collect further fees and costs for subsequent collection proceedings.

IT IS FURTHER ORDERED that this judgment is entered under 11 U.S.C. 523(a)(2)(A) and 523(a)(6) and is therefore non-dischargeable in this or any subsequent bankruptcy proceeding.

_____
Charles R. Merrill
United States Bankruptcy Judge

Dated: August 18, 2021

PREPARED BY:

/s/ Sandra D. Freeburger
Sandra D. Freeburger
DEITZ, SHIELDS & FREEBURGER, LLP
P. O. Box 21
Henderson, KY 42419
Tel:    (270) 830-0830
Fax:    (270)827-1492
Email:  sfreeburger@dsf-atty.com